■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUKE STEELE, Appellant. [24 NYS3d 509]—Order, Supreme Court, New York County (Laura A. Ward, J.), entered on or about September 11, 2014, which adjudicated defendant a level three

sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or outweighed by aggravating factors. Among other things, the very serious underlying offense, and defendant's prior record, demonstrate a propensity to commit crimes against children.

To the extent that, in the context of requesting a departure, defendant challenges certain point assessments, we find those claims to be unavailing. In any event, defendant qualifies as a level three offender based on undisputed points. Concur—Friedman, J.P., Acosta, Andrias, Saxe and Feinman, JJ.